Feb. 22, 2024

The United States District Court for the middle District of Alabama

Eastern Division

RECEIVED
2024 FEB 22
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Contessa Clark McCloud

Plaintiff

V.

VA secretary Mr. Denis McDonough, Central Alabama Healthcare VA, et AL,

Defendant

Enclosed; Filing with the U.S. Federal Court, After Jan. 23, 2024, Dismissed with the OFO Letter for Case # 2023000393 And Attachments 1-23.

Contessa Clark McCloud
4315 Golf Club Drive
Apt. 1112
Auburn AL 36830

(334) 744-3028

## Complainant Information

| | |
|---|---|
| Prefix: | Ms. ⌄ |
| First Name:* | Contessa |
| Middle Initial | |
| Last Name:* | Mccloud |
| Suffix: | ⌄ |
| Address1:* | 4315 Golf Club Dr. Apt.1112 |
| Address2: | |
| Country:* | United States of America ⌄ |
| Zip Code: | 36830 |
| City | Auburn |
| | ⌄ |
| State | |

February 22, 2024

Dear The United States District Court for the Middle District of Alabama, Mr. McDonough, Secretary Of Veterans Affairs, and The VA,

My name is Contessa Clark McCloud, CRT, and I have been an employee of the Perry

Hill VA in Montgomery, Alabama since November 2009.

Mr. McDonough, please do not dismiss this very important case? My case has been filed

with The OFO (#2020000393) and The U.S. District Court Middle District of

Alabama(3:23-CV-00402-ECM-CWB).

Relevant Facts:

Dr. Howard signed my VA FMLA on  OPM Form 71 on April 21, 2022.

On July 28, 2021, Dr. Thomas, my foot surgeon from East Alabama Orthopedics

and Sports Medicine completed a VA RA form "requesting for Contessa

McCloud,CRT to be placed on eight-hour shifts for six months or more, due to

severe pain after eight hour shifts". I suffer with several diagnosis concerning my

feet. The bilateral Hunguland"s Deformity was revealed on my Tuskegee VA

x-ray of my feet in 2014. Also, I received my first right foot surgery, years before I

became an employee of the VA. This information was explained to Mrs.

Lovelady, RN,NP, West Campus Occupational Health, during my initial health

assessment in  2009.

On August 5, 2021, I, Contessa McCloud was sitting alone and eating lunch in

the respiratory breakroom. Dr. Howard, Cardiopulmonary Manager entered the

one door of this small room of 2B-135, just prior to 1300. Dr. Howard came to my

left side, as I was sitting in the chair, Dr. Howard grabbed his erected penis from

the outside of his pants and shifted his penis from the left to the right. His penis

looked to me to be as long as my foot, very thick and hung to the right side of his

body. On this day, August 5, 2021, I then met with mrs. Alford, EEO Manager and

completed a Report of Contact Form. On August 5, 2021, Dr. Howard then

denied my VA foot RA via a VA email to Mrs. Annette Knight-Russellat 3:58 pm.

This email is included in the over six hundred page report from Mr. Lynch,

ORMDI. This complete report was uploaded onto the public portal

(#2020000393). Of course, I followed did follow the VA Chain Of

Command. Dr. Alkurabi and Dr. Weaver, both denied my VA foot RA, but decided

to give me two extra fifteen minute breaks, during my twelve-hour shift and give

me a foot stool. I signed this paper work, because I believed that this was the end

of the VA Chain Of Command. Thankfully, my attorney from The Special Counsel

then explained to me that I could not reach out to The Merit Board. I did reach out

to The Merit Board, The OFO, The Civil Court and now to you, Mr. McDonough.

Now it is October of 2023 and I am still scheduled for twelve-hour shifts. My feet

and back are worse today. Thankfully, Medical Center Plus, Dr. Peacock, Dr.

Ebner, Dr. Wallace and Dr. Wills allowed me to complete three months of back

therapy from May 9, 2022 until August 11, 2022. First, Medical Center Plus to

x-rays of my spine, pelvic and feet and all results were sent to Mr. Lynch, ORMDI, during the VA investigation. Today, I am trying to prevent a needed second right foot surgery and a Spinal Fusion Back Surgery. My on the VA job injury to my back happened on August 1, 2015. Many VA employees were sitting on the Tuskegee VA Nursing Home smoke porch with some Veterans. However, I did not see any VA employees working inside the Tuskegee VA Nursing Home when Our 300+ pound Veteran was falling. Without thinking of my own safety, I rushed to Our Veteran, lowered my back, lifted our Veteran upwards, then walked him back to his room and spoke with the charge Nurse. Our Veteran explained to me that "he kept calling on the call bedside call bell for a coke to drink and the VA staff would never answer, so he decided to walk up the hallway himself to get a coke from the refrigerator". Thankfully, Our Veteran did not fall, but my back was damaged. After I helped our Veteran, Mrs. Wilford, RN,N.O.D. and Dr. Athey cared for my back on August 1, 2015. Dr. Athey gave me pain meds, explained for me to visit Mrs. Dyer, RN,NP,Tuskegee VA Occupational Health upon my return to duty for a VA x-ray of my back and then Dr. Athey sent me home to rest and recover.Even though I completed all the required paperwork for workman's comp and The Department Of Labor, I was never received the needed medical paperwork for me to receive care of my back until 2022.I did visit several doctor's since 2015, dut each office explained to me that they must have the medical paperwork from The Department Of Labor, before any medical care.Twice, I wrote The Department Of Labor in 2016 and 2021, concerning my

back and feet. Also, I called The Department Of Labor in 2021 and sent in my copies of the medical documentation from my VA employee health file. And I still have not received a reply from The Department Of Labor. Also, the entire report from Mr. Lynch, ORMDI was uploaded on the public portal, case number 2023000393. Mr. Lynch never met me in person while he was on the Montgomery VA  Campus, but he only sent questions for me to answer. Every since the sexual harassment from Dr. Howardand Mr. John Weaver, RRT, Lead Therapist has tried to destroy my career as a Respiratory Therapist. Since 2009, I have received many Fully Successful or Better Appraisals. My VA Appraisal as a Respiratory Therapist were uploaded onto the public portal.

On January 19, 2022, Dr. Alkurabi yelled at me during a Microsoft Teams meeting because I provided respiratory care to Our Veteran that was going home before I provided care to Our Covid 19 Veteran. Both Covid 19  and Non-Covid 19 Veterans were located on ward 3A and I was the only respiratory therapist that was scheduled to cover ward 3A. I, Contessa McCloud, did not want to take the chance of spreading the Covid 19 germs to Our Non-Covid 19 Veterans.

History- During the years of 2010 until 2017, I was transferred to work at the Tuskegee VA Campus. From 2010 until 2014, Mr. Weaver, RRT, Lead Therapist and Mr. Joe Lynn, Cardiopulmonary Manager forced me to cover the Entire East Campus, completing the un-completed job duties of Mr. Dylan Jones, CRT, as well as my own job duties. Both Mr. Lynn and Mr. Weaver allowed Mr. Jones to

Leave the Tuskegee VA East Campus early to complete another job as a respiratory therapist at Lanier Health Services. Mr. Lynn and Mr. Weaver threaten to write me up. I did as I was told, I was a single mother of two beautiful children.

Also, while I was the only respiratory Therapist on duty in November of 2013, I suffered from sharp chest pains and had to undergo test from my cardiologist. The paperwork is included in this file. Thankfully, my results were normal and they explained to me that it was just the stress from my VA job at the Tuskegee VA.

In 2010/2011, I explained to both Mr. Weaver and Mr. Lynn of my swollen and painful feet, but "they just explained that they would write me up if I did not completed all of the duties".

During the years of 2010 until 2014, my feet were swollen and it was very painful to walk. From 2010 until 2014, many times I went to visit Mrs. Dyer, RN, NP, Occupational Health concerning my swollen and painful feet. Only in 2014, did Mrs. Dyer ordered a VA x-ray of my feet. The VA x-ray revealed my bilateral Hungland's Deformity. This was why my feet were swollen and it was very painful to walk. Thankfully, I explained to my attorney from the Special Counsel in 2017, that I never wanted to be transferred back to the Tuskegee VA campus again in my life.( I was forced by Mr. Lewis to return to the West Campus because My co-worker, Mrs. Teresa Thomas filed an EEO complaint against me, Contessa McCloud, CRT. Even though I asked to read the EEO complaint, Mr. Lewis,

Cardiopulmonary Manager would not allow me to read the EEO and just forced me
to return back to the west campus).

My attachments for this Civil Case dated, February 21, 2024 are:

1-   The letter from the EEOC, Certificate of Mailing and the Order of
     Dismissal of my case # 2023000393.

2-   Letter to VA Secretary, Mr. McDonough, dated October 13, 2023.

3-   The x-ray-s of my feet,letter from Dr. Fagan, Letter to The U.S. Court of
     Appeals and letter to The U.S. District Court and the Agency Decision, dated
     April 7, 2023

4-   EEO report of Contact, dated August 5, 2021, reason of Denial letter from Mrs.
     Knight-Russell, completed VA RA by my Dr. Thomas,dated July of 2021.

5-   my   letter to Mr. Lynch, ORMDI,VA x-ray reports of my feet, dated 2014 and of
     my spine, dated 2015, VA FMLA,Medical Center Plus letter, dated May 9, 2022.
     Both the letters from Medical Center Plus, that Dr. Howard requested and the
     completed VA RA forms were given to Dr. Howard, upon my return to duty.

6-   Questions from Mr. Lynch, ORMDI, Mr. Lynch only sent questions for me to
     answer and he never met me in person, while he was on the VA West Campus
     in Montgomery, Alabama.

7-   The EEO Report by Mr. Lynch, ORMDI.

8-   Sick leave restriction from Dr. Howard and Dr. Alkurabi. During this time, both of
     my parents, aged 70+, were suffering from Covid-19! A picture of MY Amazing

Daddy, Mr. James Howard Clark, who DIED from complications from Covid-19!

9- PIP from Dr. Howard and Mr. Weaver with performance appraisals.

10- My contact with The VA Chain of Command and my notes while working on the Tuskegee VA Campus.

11- VA Police Report, dated 12/15/2023 and the EEO report.Medical Center Plus and Dr. notes.

12- Agency Decision and Relevant Facts.

13- My letter to Administrative Judge Silvia De La Cruz, dated March 29, 2022.

14- Merit System Protection Board, dated Dec. 28, 2021 for Docket # AT-1221-22-0051-W-1, from Administrative Judge Silvia De La Cruz.

15- Letters received from The US. Office of Special Counsel.

16- My completed forms to The Department of Labor, prevention of dual benefits for a job related injury/illness, U.S. GPO 2000-467-602/39549, Tuskegee Occupational Health notes concerning the date of my on the VA job injury, letter from Dr. Bufford, 0857A, with Mr. Lewis, Supervisor.

17- My current VA FMLA from my Doctor, Dr. Bufford,that were uploaded onto the leaf portal on Feb. 15, letters from Mrs. Rutigliano and Mr. Albright.

18- Incorrect charge of 52 Hours of AWOL, by Dr. Howard, my rent balance and the return of my money and Dr. Newsom letter of receiving my records.

19- my letter to VA Secretary, Mr. McDonough, dated Jan. 1, 2023.

22- List of what I am seeking from the Court.

23- Letter from Dr. Howard, concerning not having my letters from my Doctors.

I am seeking:

1. To quickly begin working eight-hour day shifts, instead of the twelve hour day shifts,

2. A lump sum of monies for Pain and Suffering, with all monies to be evenly deposited into my bank accounts that are in my my pay account,

3. A lump sum of monies for Punitive Damages, with all monies to be evenly deposited into my bank accounts that are in my my pay account,

4. The Montgomery/Tuskegee VA to pay all Now and Future medical bills that concern my feet and back,

5- The Montgomery/Tuskegee VA to pay all court and legal fees,

6. To get off duty one day a month for a free spine, feet and hip alignment from Medical Center Plus (this is my present for completing the three month back program-that included the painful Trigger shots!),

7. For Dr. Adetuyi to leave me alone and not to hack my personal phone anymore.

Please divide whatever amount of money evenly into each of my accounts that are already listed in my mypay account?

Thank you for concerning my case.

Sincerely,

*Contessa Clark McCloud, CRT*

Contessa Clark McCloud, CRT

Contessa CLARK McCLoud
4315 GoIF CLuB DriVE
Apt. 1112
AuBurN, AL 36830

(334) 744-3028